# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 303030

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

---

**This notice is to acknowledge receipt of your document(s) on _____.**

**Your document(s) will be handled as described below:**

☐ This Court's records indicate that you have no open case pending in this Court. No action will be taken on your document(s).

☐ This Court is a federal court of limited jurisdiction. This Court has authority to act only on cases created under the statutes enacted by Congress. In general, only cases which have been first filed, and finally decided, in a United States District Court or Bankruptcy Court within this Circuit (Alabama, Florida, and Georgia), the United States Tax Court, and certain federal agencies may be appealed to this Court. This Court does not have authority to act in appeals from state and county courts. No action will be taken on your document(s).

☐ The Clerk's Office is unable to provide you with legal advice. No action will be taken on your document(s).

☐ The Clerk's Office is enclosing a copy of the form you requested and/or the Clerk's Office is enclosing a copy of this Court's pro se appellate handbook, which includes a variety of forms.

☐ You requested a specific form. The Court does not provide a form in this instance. No action will be taken on your document(s).

☐ With respect to your request, the Court's fee schedules are available on our website at www.ca11.uscourts.gov. You will be required to prepay the copying or other costs by sending a check payable to "Clerk – 11th Circuit Court of Appeals" in the amount of: $_____.

☐ You appear to seek copies of documents, but it is unclear what documents you seek. Please specify each document and the corresponding appeal number(s), if applicable. You will be required to prepay the copying costs.

☐ An appeal from a district court to a court of appeals may be taken only by filing a notice of appeal with the district court within the time allowed by FRAP 4. *See* FRAP 3. You mistakenly filed a notice of appeal with this Court. (Please note, that under 11th Cir. R. 22-1(a), this Court will construe a party's filing of an application for a certificate of appealability, or other document indicating an intent to appeal, as the filing of a notice of appeal.) Under FRAP 4(d), the notice of appeal will be transferred to the district court.

☐ An application for a writ of habeas corpus must be made to the appropriate district court. Under FRAP 22(a), the application will be transferred to the district court.

☐ Your document(s) appear(s) to have been intended for a different court. No action will be taken on your document(s).

☐ The Clerk's Office is unable to discern the purpose of your document(s) and/or your document(s) do(es) not appear to have been intended for this Court. Please provide clarification; otherwise, no action will be taken on your document(s).

☐ Your facility's library should have a copy of all rules provided by this Circuit. In addition, the Federal Rules of Appellate Procedure and the Eleventh Circuit Rules are available on our website at www.ca11.uscourts.gov.

☐ Other:

Rev. 9/20

# U.S. COURT OF APPEALS CIRCUIT JUDGE

Upon the 5 year illegal refusal of all courts within 11th circuit boundaries to adjudicate the true matters of the plaintiff

Plaintiff, Petitioner, Appellant, (ILLEGALLY FALSELY IMPRISONED) DETAINEE (ILLEGALLY RESTRAINED),

+ All US Citizens within 11th circuit boundaries

V.

United States of America,
State Of Florida,
US Attorney General,
Florida Attorney General,
Florida State Attorney,
Florida Department of Corrections,
US Court of Appeals 11th Circuit,
US District Courts 11th Circuit,
Judicial Qualifications Commission,
the Florida Bar, 5th DCA, 13th DCA
9th Judicial Circuit, 9th Judicial Circuit
3rd Judicial Circuit, Orange County Sheriff, Orange County,
US. Department of Justice, Florida Supreme Court,
US Supreme Court, F.D., L.E., P.R.C.C.R., D.F.S., Et. Al.
Defendants, Respondents, Appellees, ILLEGAL DETAINERS ILLEGAL RESTRAINORS,

Original Proceeding

* Non-Successive, pursuant to failure to previously adjudicate the true matters,
PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO THE HABEAS CORPUS ACT OF 1867, with demand for jury trial & admissions, REQUIRING signed VERIFICATION by the plaintiff that the TRUE MATTERS OF THE PLAINTIFF were addressed where ANY CONDUCT TO THE CONTRARY IS EXPRESS WAIVER OF JURISDICTION

* Not for recharacterization / reconstruction / transfer, or any conduct outside of the desired action, where such conduct is EXPRESS WAIVER OF JURISDICTION.

## Argument

VINDICTIVELY, the courts have violated the petitioners 1st amendment rights, illegally, under the knowing illegal color of law, refusing to hear the TRUE MATTERS OF THE PLAINTIFF. Only the courts versions of OTHER MATTERS were addressed, not the matters of the plaintiff. Ab Initio, Prior to issuance of arrest warrants, pursuant to the "ONGOING CONSPIRACY TO PREDETERMINE THE OUTCOME OF JUDICIAL PROCEEDINGS" which commenced so. "Judgement as to fewer than all parties or ALL CLAIMS is NOT a final appealable decision" Williams V. Bishop 11th circuit 1984.?. the conduct procured " UNCONSTITUTIONAL VINDICTIVE

1 of 2

PROSECUTIONS", appeals, post conviction proceedings, habeas, and Federal habeas proceedings, exceeding OVERCHARGING. (Blackledge v. Perry s.ct. 1974) Pursuant Every order, judgement, decree is VOID, knowingly so, pursuant to the inconsistancies with due process of law. Every order, judgement, decree is a knowing act of FRAUD. Every order, judgement, decree are VOID, the petitioner, thus KIDNAPPED, under the knowing, illegal color of law, is illegally DETAINED IN VIOLATION OF THE US CONSTITUTION, LAWS, TREATIES, requiring immediate release from ALL CUSTODYES & RESTRAINTS, which is NOT limited to the ILLEGAL incarceration & probation, or the fraudulent use of petitioners identity within orders failing to address the plaintiffs matters. * See ALL cases in and arising from 3ollcef 1833 and 3016cf5231 6-18-cv-1016-Orl-37PDI , 6-18-cv-1017-Orl-18KRS.

I Vinodh Raghubir, swear under penalties of perjury that the foregoing is true, correct, and not meant to mislead. I also certify that a true, correct copy has been forwarded.
   U.S. Attorney General 950 Pennsylvania ave NW
                         Washington DC 20530
   FL Attorney General the Capitol Tallahassee
                       Florida, 32399

       Vinodh Raghubir Okaloosa C.I. 3189 Colonel Greg Malloy rd
                                       Crest View Florida 32539

2 of 2